PROB 12C
(7/93)

Report Date: July 8, 2015

# United States District Court

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 08, 2015

SEAN F. McAVOY, CLERK

for the

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Dustin Allen Bushnell                Case Number: 0980 4:14CR06025-001

Address of Offender: ███████████████████

Name of Sentencing Judicial Officer:  The Honorable Edward F. Shea, Senior U.S. District Judge

Date of Original Sentence: November 12, 2014

Original Offense:   Ct. 1: Conspiracy, 18 U.S.C. § 371; Cts. 2-3: Manufacturing Counterfeit Currency, 18 U.S.C. § 471; Cts. 4-5: Possession of Counterfeit Currency, 18 U.S.C. § 472

Original Sentence:   Prison 255 days; TSR - 36 months         Type of Supervision: Supervised Release

Asst. U.S. Attorney:   Mary Dimke            Date Supervision Commenced: December 26, 2014

Defense Attorney:   Rebecca Pennell          Date Supervision Expires: December 25, 2017

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following conditions of supervision:

Violation Number    Nature of Noncompliance

1    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Dustin Bushnell is considered to be in violation of his period of supervised release by committing the offense of trafficking stolen property on or prior to July 6, 2015.

2    **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Dustin Bushnell is considered to be in violation of his period of supervised release by committing the offense of possession of stolen property on or prior to July 6, 2015.

According to officers with the Kennewick Police Department, on July 6, 2015, the defendant attempted to sell stolen items which were taken from new housing developments to undercover officers. Additional items were located in the defendant's girlfriend's vehicle at

Prob12C
**Re: Bushnell, Dustin Allen**
**July 8, 2015**
**Page 2**

        a residence in Burbank, Washington. The defendant was detained and booked into the Benton County Jail under case number PC15Y0459.

3          **Standard Condition #6:** The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

        **Supporting Evidence**: Dustin Bushnell is considered to be in violation of his period of supervised release by failing to report a change of residence.

        On July 8, 2015, contact was made with the defendant's girlfriends's mother regarding living arrangements. She advised the defendant had been removed from the home "at least 2 weeks" prior. She indicated the defendant had moved to his trailer in Burbank, Washington. The defendant had reported on July 6, 2015, that he was still living in Pasco, Washington, during a telephone conversation with this officer.

4          **Standard Condition:** While on supervised release, monetary penalties are payable on a monthly basis of not less than $25.00 per month or 10 % of the defendant's net household income, whichever is less, commencing 30 days after the defendant is released from imprisonment.

        **Supporting Evidence:** Dustin Bushnell is considered to be in violation of his period of supervised release by failing to make monthly payments toward restitution.

        On March 24, 2015, the defendant made a $25 payment toward his restitution. The defendant has failed to make any payment since that date. The defendant has been reminded on multiple occasions of his payment requirements.

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the defendant to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 07/08/15

s/David L. McCary

David L. McCary
U.S. Probation Officer

**Prob12C**
**Re: Bushnell, Dustin Allen**
**July 8, 2015**
**Page 3**

THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_Edward F. Shea_

Signature of Judicial Officer

July 8, 2015

Date